ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-6595
   Facsimile:  (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 09-07143 DDP (RZx) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CONSENT JUDGMENT OF FORFEITURE** |
| $18,000.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

    This action was filed on October 1, 2009.  Notice was given and published in accordance with law.  Plaintiff and claimants Antony Nunes ("Nunes") and Lynniemarie Beard ("Beard") have reached an agreement that is dispositive of the action.  No other

1

statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $18,000.00 in U.S. currency (hereinafter "defendant currency"), other than Nunes and Beard are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $12,000.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $3,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to Antony Nunes and be returned in care of his attorney, Atyria S. Clark, Esq., Atyria S. Clark & Associates, ALC, 1158 26th Street, Suite 783, Santa Monica, California 90403. Nunes and his attorney will provide any and all information needed to process the return of funds according to federal law.

5. $3,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid

to Lynniemarie Beard and be returned in care of her attorney, Atyria S. Clark, Esq., Atyria S. Clark & Associates, ALC, 1158 26th Street, Suite 783, Santa Monica, California 90403. Beard and her attorney will provide any and all information needed to process the return of funds according to federal law.

6. Nunes and Beard hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, Los Angeles Police Department and Los Angeles Sheriff's Department, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: March 08, 2011

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

3

**Approved as to form and content:**

DATED: February 28, 2011   ANDRÉ BIROTTE JR.
                           United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section


                                  /S/
                           ─────────────────────────────────
                           KATHARINE SCHONBACHLER
                           Assistant United States Attorney
                           Attorneys for Plaintiff
                           United States of America


                           ATYRIA S. CLARK & ASSOCIATES, ALC

DATED: February 22, 2011        /S/
                           ─────────────────────────────────
                           ATYRIA S. CLARK, ESQ.
                           Attorney for Claimants
                           ANTONY NUNES AND LYNNIEMARIE BEARD


DATED: February 16, 2011        /S/
                           ─────────────────────────────────
                           ANTONY NUNES
                           Claimant


DATED: February 16, 2011        /S/
                           ─────────────────────────────────
                           LYNNIEMARIE BEARD
                           Claimant

4